| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA<br>v.<br><br>JACK LOUIS SPORICH | DOCKET NO. |
|---|---|
| | MAGISTRATE'S CASE NO.<br>09-    09-0864M |

Complaint for violation of Title 18, United States Code § 2423(c)

| NAME OF MAGISTRATE JUDGE<br><br>Stephen J. Hillman | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br><br>Los Angeles, CA |
|---|---|---|

| DATE OF OFFENSE<br><br>November 19, 2008 | PLACE OF OFFENSE<br><br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Between on or about November 19, 2008, and on or about February 2, 2009, defendant JACK LOUIS SPORICH traveled in foreign commerce, from Los Angeles, California, to Cambodia, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with John Doe 2, who is a minor.

FILED
U.S. DISTRICT COURT

APR 3 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

LODGED
2009 APR 30  AM 11: 44

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>NEIL BURDICK |
|---|---|
| | OFFICIAL TITLE<br>Special Agent - DHS/ICE |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br><br>HONORABLE STEPHEN J. HILLMAN | DATE<br><br>April 30, 2009 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

PAD:rjm        REC:Detention

TABLE OF CONTENTS

I.   Introduction . . . . . . . . . . . . . . . . . 1

II.  Background Regarding Sporich . . . . . . . . . . 5

III. Summary of Probable Cause . . . . . . . . . . . 11

IV.  Investigation . . . . . . . . . . . . . . . . . 13

     Interview of John Doe 1 on October 16, 2008 . . . . . . 13

     Interview of John Doe 1 on October 21, 2008 . . . . . . 13

     Interview of John Doe 2 on October 21, 2008 . . . . . . 14

     Interview of John Doe 3 on November 4, 2008 . . . . . . 15

     Interview of John Doe 1 on December 12, 2008 . . . . . . 16

     Interview of John Doe 1, John Doe 2 and
     John Doe 3 on December 2, 2008 . . . . . . . . . . 17

     Interview of John Doe 4 on December 7, 2008 . . . . . . 18

     Interview of Sporisch . . . . . . . . . . . . . 18

     Search Warrant . . . . . . . . . . . . . . . . 22

     Interview of Prom Vorleak . . . . . . . . . . . . 23

     Interview with APLE Investigator . . . . . . . . . 31

     ICE Interview of John Doe 4 . . . . . . . . . . . 34

     ICE Interview of John Doe 2 . . . . . . . . . . . 38

     ICE Interview of John Doe 4's Grandmother . . . . . . 45

     ICE Interview of John Doe 1 . . . . . . . . . . . 46

     ICE Interview of John Doe 3 . . . . . . . . . . . 53

     ICE Interview of John Doe 3's Father . . . . . . . . 58

V.   Conclusion . . . . . . . . . . . . . . . . . . 60

i

## AFFIDAVIT

I, Neil Burdick, being duly sworn, do hereby depose and state:

### I.   INTRODUCTION

1.   I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE") and have been so employed since June of 2007.  I was previously employed with the United States Customs Service ("USCS") and then the Bureau of Customs and Border Protection ("CBP") as an Inspector and Officer since July of 2003.  I am currently assigned to the Child Exploitation Investigations Group of the Los Angeles, Office of the Special Agent-in-Charge ("SAC").

2.   This affidavit is made in support of criminal complaint and arrest warrant charging JACK LOUIS SPORICH (a.k.a. "DAD," aka "JACK") with violating Title 18, United States Code, Section 2423(c), which states, "Any United States citizen or alien admitted for permanent residence who travels in foreign commerce and engages in any illicit sexual conduct with another person shall be fined under this title or imprisoned not more than 30 years or both."  The definition of "illicit sexual conduct" is set forth in Title 18, United States Code, Section 2423(f).  The facts set forth in this affidavit are based upon

1

my personal observations, my training and experience, and information obtained from other law enforcement officers.  This affidavit is intended to show that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

3.  To the extent that any information in this affidavit is not within my personal knowledge, it was made known to me through reliable law enforcement sources, and I believe it to be true.  In particular, I have spoken to Special Agent (SA) Hung Nguyen, the ICE Representative of the ICE Attaché Office in Bangkok, Thailand (ICE Bangkok), who initially received the information regarding the investigation described below.

4.  SA Nguyen forwarded JACK SPORICH'S identifying data to SA Kevin Panganiban, ICE Los Angeles, for queries in law enforcement and commercial indices.

5.  ICE received information regarding SPORICH from Action Por Les Enfants ("APLE").  Based on ICE's experience with APLE, and based on its website, http://www.aplecambodia.org, I know the following about APLE:

a.  APLE is a non-governmental human rights organization (NGO) established to combat the sexual exploitation of children.  APLE seeks to monitor the prevalence of child

2

sexual abuse in Cambodia and report such abuse to the relevant authorities. APLE's lawyers provide pro bono legal advice and representation to child victims of sexual abuse and their families. APLE has social workers provide child victims with access to counseling and social rehabilitation. APLE further contributes to the global efforts to combat the causes and effects of child sexual abuse through research and advocacy.

b.   APLE's PROTECT project was commenced in January 2003 to protect children from all forms of sexual exploitation. Since its inception, the project has focused on street-based child sexual exploitation. Child sexual exploitation in Cambodia generally is either establishment-based or street-based. Establishment-based child sexual exploitation is facilitated through established sex houses. Street-based child sexual exploitation is facilitated personally by a child sex offender or intermediary who approaches children directly on the streets, beaches, markets or other public areas in order to commence a sexual relationship with them. The majority of perpetrators of this type of abuse are western nationals, which makes APLE's focus an international one. Since the majority of civil society organizations working in Cambodia to address child sexual abuse focus on Cambodian perpetrators, the PROTECT project operates in a niche market within that civil society

3

community.

c.   APLE's objectives include the following:

i.   Intervention and aftercare:  To emancipate victims from child sexual abuse and reduce the effects of trauma caused by such abuse.

ii.  Legal protection:  To increase the level of access to legal protection afforded to victims of child sexual abuse.

iii. Breaking the cycle:  To lessen the likelihood of vulnerable children becoming victims, and victims becoming recurring victims, through awareness and social care.

iv.  Criminal accountability:  To improve current conditions of impunity and legal accountability of child sex offenders in Cambodia through cooperation with Cambodian and international law enforcement officials and bodies and through awareness raising on child sexual exploitation issues.

d.   As part of its mission to bring criminal accountability to child sex tourists in Cambodia, APLE has established formal agreements with the Ministry of Foreign Affairs and International Cooperation of the Kingdom of Cambodia and the Ministry of Social Affairs, Veterans and Youth Rehabilitation of the Kingdom of Cambodia.  In addition, APLE

works closely with the Cambodian National Police, ICE, the United Kingdom Child Exploitation and Online Protection Centre, the German Federal Police-BKA, and other international law enforcement.  APLE also works with other NGOs, such as Our Hope Cambodia, World Hope International, M'lop Tapang, Cambodia, Village Focus International, and the End Child Prostitution, Pornography and Trafficking (ECPAT) International Network, among others.

e.   APLE investigators conduct undercover investigations, intelligence gathering and monitoring activities in order to collect evidence to rescue victims and prosecute perpetrators of child sexual exploitation.  These activities include operating investigative teams and leasing with informants; investigating cases of suspected child sexual abuse to obtain evidence; monitoring suspicious persons or persons previously convicted of child sex offenses on a referral basis; and collaborating with and referring intelligence to Cambodian and foreign law enforcement officials.

## II.  BACKGROUND REGARDING SPORICH

6.   After receiving JACK SPORICH'S identifiers, ICE SA Kevin Panganiban conducted queries in various law enforcement and commercial databases, which provided the following information:

a.     According to the United States Department of State passport application database, JACK LOUIS SPORICH was born on May 24, 1934, in Chicago, Illinois.  Both the permanent and mailing address were listed in Sedona, Arizona.  The passport number was listed as 304573001 with social security number XXX-XX-0571.

b.     According to the criminal history query, JACK LOUIS SPORICH was identified as a Registered Sex Offender in the State of Arizona for a conviction in the state of California for Lewd and Lascivious Acts with a Child under the age of 14 years old.

c.     In April of 2009, I reviewed an Abstract of Judgment-Commitment, for the Superior Court of California, County of Ventura, which indicated on February 22, 1988, JACK LOUIS SPORICH pled guilty to seven counts of violating California Penal Code 288(a) (Lewd and Lascivious Acts with a Child under the age of 14 years old).  According to these documents, SPORICH fondled the penises of and engaged in oral copulation with several boys under the age of 14.

d.     In April of 2009, I reviewed travel records relating to JACK LOUIS SPORICH.  According to the most recent passenger name record, on November 19, 2008, JACK SPORICH departed the United States on board Malaysia Airlines flight

# 095 with the arrival date of November 22, 2008, in the city of Siem Reap, Cambodia.   Additional travel records indicated JACK SPORICH traveled as set forth below:

1.   05/29/2005, Outbound from San Francisco International Airport, California, to Beijing Capital Airport, China.

2.   07/03/2005, Inbound from Tokyo-Narita International Airport, Japan, to San Francisco International Airport.

3.   09/22/2005, Outbound from Los Angeles International Airport, California, to Hong Kong International Airport, China.

4.   01/10/2006, Inbound from Hong Kong International Airport to Los Angeles International Airport. During JACK SPORICH'S arrival in the United States on 01/10/2006, he was referred to secondary inspection.   JACK SPORICH informed the Customs and Border Protection Officer that he had traveled to the countries of Thailand, Cambodia, Vietnam, Laos and China.

5.   01/14/2006, Outbound from San Francisco International Airport to Tokyo-Narita International Airport.

6.   05/18/2006, Inbound from Tokyo-Narita International Airport to San Francisco International Airport.

During JACK SPORICH'S arrival in the United States on 05/18/2006, he was referred to secondary inspection.  JACK SPORICH informed the Customs and Border Protection Officer that the photographs on his digital camera were taken in Cambodia with his new wife, who was nineteen years old.  JACK SPORICH also informed the Customs and Border Protection Officer that he is petitioning for his wife to come to the United States.

      7.   05/29/2006, Outbound from Los Angeles International Airport to Kuala Lumpur International Airport, Malaysia.

      8.   11/15/2006, Inbound from Chiang Kai Shek International Airport, Taipei, to Los Angeles International Airport.  During JACK SPORICH'S arrival in the United States on 11/15/2006, he was referred to secondary inspection.  JACK SPORICH informed the Customs and Border Protection Officer that he was in Cambodia for six months to see his fiancée, that he will marry her during his next trip and that she is twenty years old.

      9.   11/24/2006, Outbound from Los Angeles International Airport to Chiang Kai Shek International Airport.

      10.  05/18/2007, Inbound from Kuala Lumpur International Airport, transit Chiang Kai Shek International Airport to Los Angeles International Airport.  During JACK

SPORICH'S arrival in the United States on 05/18/2006, he was referred to secondary inspection.  JACK SPORICH informed the Customs and Border Protection Officer that he is a retired Engineer and he had vacationed in Kula Lumpur.

11.  05/29/2007, Outbound from Los Angeles International Airport to Chiang Kai Shek International Airport.

12.  12/30/2007, Inbound from Phnom Penh International Airport, transit Kuala Lumpur International Airport, transit Chiang Kai Shek International Airport to Los Angeles International Airport.  During JACK SPORICH'S arrival in the United States on 12/30/2007, he was referred to secondary inspection.  JACK SPORICH informed the Customs and Border Protection Officer that he was in Cambodia for seven months because he is retired and is building a house in the city of Siem Reap, Cambodia.

13.  01/07/2008, Outbound from Los Angeles International Airport to Chiang Kai Shek International Airport.

14.  05/18/2008, Inbound from Siem Reap International Airport, transit Kuala Lumpur International Airport, transit Chiang Kai Shek International Airport to Los Angeles International Airport.  During JACK SPORICH'S arrival in the United States on 05/18/2008, he was referred to secondary inspection.  JACK SPORICH informed the Customs and Border

Protection Officer that he was in Cambodia, that he is engaged and was building a house.

15.  05/25/2008, Outbound from Los Angeles International Airport to Chiang Kai Shek International Airport.

16.  11/12/2008, Inbound from Phnom Penh International Airport, transit Kuala Lumpur International Airport, transit Chiang Kai Shek International Airport to Los Angeles International Airport.  During JACK SPORICH'S arrival in the United States on 11/12/2008, he was referred to secondary inspection.  JACK SPORICH informed the Customs and Border Protection Officer that he is retired, he lives in Cambodia, and came back to the United States for shopping.  The Officer notated that JACK SPORICH was entering the United States with three empty suitcases.

e.   In late November to early December of 2008, SA Panganiban contacted Detective Wendy Parkinson for the Yazapai County Sheriff's Office, Sedona, Arizona, regarding her supervision of JACK SPORICH.  DET Parkinson stated she never was able to meet JACK SPORICH in person and would leave her business card on the front door of JACK SPORICH'S residence during her visits of sex registrants.  DET Parkinson advised after leaving her business card on the front door, that she would receive a phone call from an individual purporting to be a relative of

JACK SPORICH.  Detective Parkinson stated this individual had reported JACK SPORICH was out of the country and possibly in Asia.

### III. SUMMARY OF PROBABLE CAUSE

7.   In July of 2008, APLE learned of JACK SPORICH when an APLE investigator observed an unidentified white male (later identified as JACK LOUIS SPORICH) driving around the city of Siem Reap, Cambodia, with one Cambodian minor boy on a motorcycle.  Rong Rattana, the APLE Child Protection Coordinator for Siem Reap, Cambodia, reported that over the course of several months, APLE Investigators observed this same activity; however, the APLE Investigators would always lose JACK SPORICH because of his excessive speeding.

8.   Eventually, Rattana was able to follow JACK SPORICH to SPORICH's residence, which was located in an undeveloped area outside the city of Siem Reap, near a golf course south of Siem Reap.  Upon learning of JACK SPORICH's residence, Mr. Rattana obtained from the local Police Chief the following information for JACK SPORICH: United States Passport Number 304573001, date of birth 05/24/1934.

9.   After APLE identified JACK SPORICH, APLE initiated an investigation.  Over the course of several additional months, APLE investigators conducted surveillance on JACK SPORICH'S

residence and consistently observed the same three minor

Cambodian boys enter and leave the residence.  Rattana reported

that APLE Investigators interviewed the three minor Cambodian

boys and learned that JACK SPORICH was mutually masturbating

and performing oral sex on the minor boys.  During the course of

the APLE investigation, Rattana reported learning from local

Cambodians that JACK SPORICH was known to drive his motor bike

through the neighborhoods while dropping Cambodian RIEL

(Cambodian currency) on the street in order to meet kids.

    10.  In late January and early February of 2009, Officers

with the Cambodian National Police (CNP) interviewed the three

boys identified by APLE as being sexually abused by JACK

SPORICH.  During the interviews, the three boys confirmed that

all three engaged in mutual masturbation with JACK SPORICH as

well as received oral sex from JACK SPORICH.  Based upon their

investigation, the CNP obtained an arrest warrant for JACK

SPORICH as well as a search warrant for his residence in Siem

Reap.  On February 2, 2009, the CNP arrested JACK SPORICH at his

residence.  On February 3, 2009, the CNP executed a Search

Warrant at JACK SPORICH'S residence and seized items from the

premises.

## IV. INVESTIGATION

11. In April of 2009, I reviewed reports provided by APLE of interviews conducted by APLE of boys who reported being sexually abused by JACK SPORICH in the city of Siem Reap, Cambodia.   In summation, I learned the following from those reports:

**Interview of John Doe 1 on October 16, 2008:**

a. JOHN DOE 1 stated he has played games on "Dad's" computer and that "Dad" lets him watch comics. JOHN DOE 1 stated he slept on "Dad's" hand and that he slept with "Dad" for five (5) times.  JOHN DOE 1 stated "Dad" would wear only underpants in bed and that "Dad" has hair on his body and has a mustache.

b. JOHN DOE 1 stated that "Dad" kissed him and sucked his mouth. JOHN DOE 1 further stated that he (JOHN DOE 1) saw "Dad" kiss JOHN DOE 2 and suck his mouth.  JOHN DOE 1 purported that "Dad's" wife did not see them kiss, that "Dad" slept with boys by taking turn because he loves children very much.

**Interview of JOHN DOE 1 on October 21, 2008:**

c. JOHN DOE 1 told the APLE Investigator that he had played with "Dad's" penis because "Dad" told him to do so.  JOHN DOE 1 reported "Dad's" penis was soft, but after he (JOHN DOE 1) played with "Dad's" penis it became erect and "looks very big, hard and long".  JOHN DOE 1 continued to report that "Dad"

13

played with his penis while they were having a bath.

      d. JOHN DOE 1 stated that he had slept with "Dad," and when he sleeps with "Dad", "Dad" always told him (JOHN DOE 1) to play with his penis until it became erect and very big. JOHN DOE 1 also stated "Dad" played with his penis as well when they sleep.

**Interview of John Doe 2 on October 21, 2008:**

      e. JOHN DOE 2 told the APLE Investigator that he has kissed "Dad" and "Dad" played with his penis. JOHN DOE 2 also stated being told by "Dad" to play with his ("Dad"s) penis. JOHN DOE 2 stated when "Dad" played with his penis it tickled very much and later his (JOHN DOE 2) penis would become erect. JOHN DOE 2 stated "Dad" played with his penis painfully.

      f. JOHN DOE 2 stated "Dad" played with his penis when they took a bath in the bathroom. JOHN DOE 2 told the APLE Investigator that "Dad" had turned the bathroom lights on and that "Dad" played with his penis at night. JOHN DOE 2 also stated he would play with "Dad's" penis at night. JOHN DOE 2 explained at night when he slept with "Dad", he (JOHN DOE 2) would hug "Dad" and that "Dad" would put his (JOHN DOE 2) hands into his (Dad) underpants to play.

      g. JOHN DOE 2 stated "Dad's" penis was very big when he (JOHN DOE 2) played with it. JOHN DOE 2 stated "Dad" would

14

wear underpants in bed.  JOHN DOE 2 further stated "Dad" used to take him to Banteay Mean Chey Province and Phnom Penh.  JOHN DOE 2 told the APLE Investigator he knew that John Doe 1 and JOHN DOE 3 had played with "Dad's" penis because they both told him (JOHN DOE 2).

**Interview of John Doe 3 on November 4, 2008:**

h.  JOHN DOE 3 told the APLE Investigator that "Dad" loves him the most.  JOHN DOE 3 stated "Dad" would give him $1000.00 Riel (Cambodian currency, when converted approximately $.35 United States) for going to school every day, and that "Dad" would take him (JOHN DOE 3) to breakfast at his house every morning.  JOHN DOE 3 said he slept at "Dad's" house two nights a week.

i.  JOHN DOE 3 reported "Dad" would suck his mouth and that both would play with each other's penis.  JOHN DOE 3 stated that "Dad" told him to play with his penis.  JOHN DOE 3 further stated when they hugged, "Dad" would put his (JOHN DOE 3) hands in his underpants to play with his penis.  JOHN DOE 3 described "Dad's" penis as very big and has black hair.

j.  JOHN DOE 3 stated when "Dad" started to touch his (JOHN DOE 3) penis it was soft at first, but later it became erect.  JOHN DOE 3 stated "Dad's" penis would become erect as well.  JOHN DOE 3 told the APLE Investigator that John Doe 2 and

John Doe 1 had both played with "Dad's" penis because both of them told JOHN DOE 3.   JOHN DOE 3 stated he did not see John Doe 2 or "JOHN DOE 1" play with "Dad's" penis.

**Interview of JOHN DOE 1 on December 12, 2008 (1025 hrs to 1113 hrs):**

   k. JOHN DOE 1 stated "Dad" would give him $1000 Riel to $3000 Riel a day.   JOHN DOE 1 stated "Dad" had bought roller-skates and underwear, while he (Dad) was in the United States. JOHN DOE 1 stated "Dad" would not let him roller-skate because he had an illness and the roller-skates were at "Dad's" house. JOHN DOE 1 told the APLE Investigator that he used to take a bath with "Dad" and that "Dad" would clean his body.   JOHN DOE 1 stated after taking a bath "Dad" would dry his (JOHN DOE 1) body and put clothes and underwear on JOHN DOE 1.

   l. JOHN DOE 1 stated he has slept with "Dad" at his house.   JOHN DOE 1 reported "Dad" had instructed him to play with his (Dad) penis, but sometimes JOHN DOE 1 would stop. However, JOHN DOE 1 stated when he stopped playing with "Dad's" penis, "Dad" would tell him to keep playing.   JOHN DOE 1 said "Dad" would also play with his (JOHN DOE 1) penis.   JOHN DOE 1 also said that "Dad" had sucked his penis three times, and that when "Dad" was sucking his penis, "Dad" told him to sleep by stretching his (JOHN DOE 1) legs.

m. JOHN DOE 1 continued to explain that "Dad" sucked, licked and shook his penis with his (Dad) tongue. JOHN DOE 1 described the feeling as being tickled. JOHN DOE 1 reported pushing "Dad" away, and claiming that sometimes "Dad" would stop and other times "Dad" would not stop. JOHN DOE 1 stated his penis became erect when "Dad" sucked on it. JOHN DOE 1 stated JOHN DOE 2 and JOHN DOE 3 told him that "Dad" had sucked their penises.

**Interview of JOHN DOE 1, JOHN DOE 2 and JOHN DOE 3 on December 2, 2008:**

n. JOHN DOE 1 told the APLE Investigator again that "Dad" had bought underwear for him and also for JOHN DOE 2. JOHN DOE 1 stated again that "Dad" has sucked on his penis three times. JOHN DOE 1 further stated when "Dad" sucked his penis it tickled and sometimes he (JOHN DOE 1) told "Dad" to stop. JOHN DOE 1 said that "Dad" would sometimes stop and sometimes continue to suck on his penis.

o. JOHN DOE 2 stated when "Dad" went to the United States he had bought JOHN DOE 2 underwear, shoes and roller-skates. JOHN DOE 2 claimed "Dad" had missed him that "Dad" kissed and hugged him and took him for a bath. JOHN DOE 2 told the APLE Investigator that he was naked when he was having a

17

bath; "Dad" cleaned, dried his body and applied an anti-rash ointment on him.

     **p.** JOHN DOE 3 stated he had slept with "Dad".

**Interview of John Doe 4 on December 7, 2008:**

     **q.** JOHN DOE 4 stated he slept at "Dad's" house the night before the interview with the APLE Investigator . JOHN DOE 4 stated "Dad" loved him a little bit and he (JOHN DOE 4) has taken a bath with "Dad" and "Dad" was naked. JOHN DOE 4 stated he saw "Dad's" penis and it was big. According to JOHN DOE 4, after the bath he watched T.V.

     **r.** JOHN DOE 4 stated "Dad" did not apply any cream on his body. JOHN DOE 4 stated he slept with "Dad" and JOHN DOE 2. JOHN DOE 4 explained he slept with JOHN DOE 2 and "Dad" slept in the same bed and at 5:00 AM John Doe 2 left to go in "Dad's" bed and play with "Dad's" penis.

**Interview of SPORICH**

    12. On February 2, 2009, SA Patrick Li, SA Hung Nguyen and SA Kevin Panganiban were granted permission from Cambodian National Police (CNP) Colonel Bunthong Sun to interview JACK SPORICH at the CNP Headquarters in Siem Reap. SA Panganiban read JACK SPORICH his Miranda Warnings, which he subsequently waived. JACK SPORICH stated the following:

a.  SPORICH stated he was born in Chicago, Illinois, and currently resides in Sedona, Arizona.  SPORICH moved to Sedona approximately four to five years ago.  In 2005, SPORICH traveled to Cambodia with a group for approximately six months.  SPORICH has one sister who resides in Sedona.

b.  SPORICH is retired, and had worked for "Lear" in Santa Monica, California, for approximately twenty-five to thirty years.  SPORICH supports his Cambodian lifestyle by living off his pension as well as other personal funds.  SPORICH resides in Siem Reap, and his fiancée (later identified as Prom VORLEAK) owns the property.

c.  During his trip to Cambodia in 2005, SPORICH met Prom VORLEAK and after departing the country he maintained correspondence with Prom VORLEAK via email.  SPORICH stated he came back six months later and got engaged to Prom VORLEAK.  SPORICH stated Prom VORLEAK is currently twenty-two years old and works on computer graphics.

d.  When asked what he did daily in Siem Reap, SPORICH stated that he gets the kids outside the house for school and ensures the house continues to be built.  SPORICH stated P.K. (14 years old); Prom Kresnan (20 years old) and P.S. (16 years old) reside at the house.  SPORICH met a kid, Y.M., (15 years old) just outside the city of Siem Reap.  SPORICH pays for Y.M.

to go to the British International School in Siem Reap.  SPORICH
did not want to live in a big house by himself; therefore, Y.M.
agreed to stay with him and Prom VORLEAK.  SPORICH said this
occurred approximately four years ago.

     e.  SPORICH reported that the kids go to school at
approximately 0600 hours and go to tutoring in the afternoon.
Currently, SPORICH and the family reside in two rooms in the
backyard of his house while it is under construction.  SPORICH
states there is a big bunk bed in one of the rooms.  SPORICH
said that he, Prom VORLEAK, and JOHN DOE 2 reside in one room
while the other kids stay in the other room.  SPORICH stated
that JOHN DOE 2 sleeps on the floor by his bed while he and Prom
VORELAK sleep on the bed.

     f. SPORICH stated he knew why the CNP arrested him.
SPORICH further stated that JOHN DOE 2 and two of his friends
claim that he (SPORICH) would masturbate them and suck their
penises.  SPORICH commented that JOHN DOE 2's two friends want
to live with him, but he did not want additional kids.  SPORICH
claimed JOHN DOE 2 has been misbehaving because he has been
stealing and lying.

     g. During the interview, SPORICH leaned over to
whisper into SA Panganiban's ear that the CNP is doing this to
him because they are corrupt.

h.   SPORICH stated he had done nothing wrong.   He does not deny his criminal history.   SPORICH said that the CNP knew his criminal history, and that is why he was arrested. SPORICH stated that he did not ask the kids to touch or suck his penis.   SPORICH stated that the kids have seen him undress in the past.   According to SPORICH, Cambodia is very open about nudity in one's home and that the kids would undress in front of him.

i. SPORICH stated that all kids undress in the house when they are younger, but stop when they become teenagers. SPORICH stated that he had taken showers with the boys in the past to help clean them, but did not let them clean him. SPORICH admitted taking a shower with JOHN DOE 2, and he stated that JOHN DOE 2 cleans himself about "90%" of the time and the other "10%" JOHN DOE 2 would ask him (SPORICH) to clean him. SPORICH said that no other kids seen them together.

j. SPORICH said that "kids do what they normally do . . . no teenage kids would act freely".   SPORICH further asserted that once a kid reaches puberty they start to act like the kids in the United States.   According to SPORICH, the age of puberty is different with each kid.   SPORICH claims some kids reach puberty at twelve and some at sixteen years of age.

k. SPORICH said he did not get erections while taking showers with JOHN DOE 2. When asked what else he (SPORICH) did with the boys in the shower, SPORICH asserted he needed to speak to an attorney.

l. After SPORICH stated that he wanted to speak to an attorney, SA Panganiban stopped asking questions relating to his arrest. However, SPORICH agreed to provide additional biographical information: SPORICH was born on May 24, 1934, in Chicago, Illinois. In 1958 he moved to Grand Rapids, Michigan, and lived there for approximately two and half years. SPORICH reported being in the United States Air Force for approximately six and half years. SPORICH eventually obtained employment with "Lear" and moved to the Los Angeles, California, area.

13. After he has provided his biographical information, JACK SPORICH voluntarily uttered that he knows his life is over, that with this arrest he is a two time loser, and that if the CNP does not hang him, then Arizona will. No question had been asked of SPORCIH when he volunteered this information. After these statements, SA Nguyen advised JACK SPORICH to contact him if he needed anything in the future.

**Search Warrant**

14. SA Panganiban told me that on February 3, 2009, in the morning, SA Li, SA Nguyen and SA Panganiban arrived at JACK

SPORICH's residence, with APLE Country Director Seila Samleang, prior to the execution of a Search Warrant that was issued by a Cambodian Judicial Authority.  When they arrived at the residence, they met with Cambodian Prosecutor Bunhang Bou and Colonel Bunthong Sun (CNP), who permitted them (SA Li, SA Nguyen and SA Panganiban) to be present as observers only.  During the course of the search that was conducted by the Cambodian National Police, SA Li, SA Nguyen and SA Panganiban observed a partially built detached multi-bedroom compound with a resort-style swimming pool and water slide, numerous toys and clothing for boys, video games, children's videos, a bunk bed, bulk Cambodian currency, a computer, JACK SPORICH's United States passport, and other items.  According to Mr. Samleang, the bulk Cambodian currency was believed to be the money used by JACK SPORICH to drop on the streets to entice the neighborhood kids.

**Interview of Prom Vorleak**

15.  On the same date and at the conclusion of the Search Warrant, SA Li, SA Nguyen and SA Panganiban were granted permission by the Cambodian National Police to interview PROM VORLEAK.  Before the interview, ICE Special Agents identified themselves to PROM VORLEAK and explained the purpose of the interview.  PROM VORLEAK agreed to the interview and was able to

understand and respond in the English language.  PROM VORLEAK
provided the following information:

a. VORLEAK was born on January 12, 1987, in Sok San
Camp, Cambodia.  VORLEAK is the fiancée of JACK SPORICH and has
known JACK SPORICH for approximately five years.  VORLEAK met
JACK SPORICH when she was employed at the SofiHotel in Siem
Reap, Cambodia.  VORLEAK met JACK SPORICH in 2005 during the
raining season.  VORLEAK called JACK SPORICH by his first name
"JACK".  When she met "JACK", VORLEAK remembered that he was
traveling with a group of people that stayed at the SofiHotel.
VORLEAK said it was "JACK'S" first time in Asia.

b. Over time, she and SPORICH began to like each
other.  VORLEAK reported staying with SPORICH for a while until
he left with the group.  VORLEAK remembered SPORICH traveling
with a nineteen-year old male, whom SPORICH stated was his
Nephew "Brian".

c. When SPORICH returned to the United States, VORLEAK
corresponded with him for three months via email.  During the
various email exchanges, SPORICH asked if he could stay with her
upon his return to Cambodia.  VORLEAK stated they had become
romantically involved, and at the time she was staying at a
Japanese NGO that provided assistance to Cambodian teenagers.
VORLEAK became engaged to SPORICH when he arrived and obtained

24

permission from her parents.  SPORICH paid her parents between $1000.00 and $2000.00 (U.S. dollars) to become engaged to her. SPORICH obtained additional permission from the Japanese NGO allowing her to stay with him.

d. There is no paperwork required in Cambodia to become engaged.  Any paperwork or documents relating to their engagement is with the NGO and SPORICH".  SPORICH paid only her parents, not the NGO.  VORLEAK's parents wanted more than $1000 (United States dollars), but SPORICH purchased them a motor bike instead.

e. VORLEAK and SPORICH got engaged when SPORICH arrived on his second trip to Cambodia in late 2005.  VORLEAK was eighteen years old at that time.

f. VORLEAK stated that she and SPORICH tried to have sex, but it did not work.  VORLEAK thinks that SPORICH is interested in women and is not interested in men.  VORLEAK told SPRORICH that she wanted to work in the United States.  Over time, SPROICH admitted his criminal history to her.  SPORICH told her that he was in jail for nine years because of kids. VORLEAK learned that SPORICH wanted to start his life again with her, and she believed him.  VORLEAK said that SPORICH wanted to buy land and build a big house with a pool because he cannot afford one in the United States.

g. VORLEAK stated she has a problem in obtaining a visa, but has been to Thailand. According to VORLEAK, SPORICH paid approximately $42.00 (United States dollars) per meter for the land in Siem Reap. SPORICH has spent $1.2 million (United States dollars) on his home, and the builder still has not completed the house. All of SPORICH's money was in the stock market and the bank while he was in jail. SPORICH retired as an engineer when he was in the United States.

h. According to VORLEAK, both she and SPORICH wanted to adopt boys, but it was her idea at first. They would ask the parents of the neighborhood kids if they would permit their kids to stay at the house, which the parents granted. The first kid adopted was M, and he was thirteen at the time they adopted him. M is currently sixteen years old now and attends the Siem Reap International School.

i. SPORICH is building a large home so the boys can have their own room. Once the boys are at college, SPORICH wanted to convert the house into a "bed and breakfast".

j. VORLEAK did not believe that SPORICH would do anything sexual to the kids, but admitted to being jealous at first because SPORICH would hug the boys and girls. VORLEAK believes the accusations by the boys are "bullshit". VORLEAK

26

stated one of the boys did not get along well with the other
kids and that could be the reason he made the accusations.

k. Additionally, VORLEAK did not believe the
accusations because she is at the house.  VORLEAK stated that
JOHN DOE 2 is six years old and he watches movies with her and
JACK.  VORLEAK said that she is not with SPORICH and JOHN DOE 2
all the time, because JOHN DOE 2 goes to school in the morning
and she goes to work.  VORLEAK stated that JOHN DOE 2 goes to
school at 0700 hours and she goes to work at 0900 hours.
VORLEAK works in graphic design and her boss owns five
restaurants in Siem Reap.  VORLEAK works all day while SPORICH
is alone at the house.

l. VORLEAK said the kids would go to school, but come
home for lunch and dinner.  VORLEAK was not present when the
kids came home from school to have lunch and dinner with "JACK".

m. VORLEAK does not want to believe that SPORICH did
things with the kids.  VORLEAK did not want to believe that the
kids had sex with SPORICH, and she did not see anything when she
was present.  SPORICH would be alone during the day and would
walk the village and sometimes put the kids on a bike and ride
around.

n. VORLEAK had seen JOHN DOE 2 and SPORICH take
showers together in the past, but not anymore.  According to

27

VORLEAK, Cambodian men take showers with boys, and she did not see any sex acts go on while SPORICH and JOHN DOE 2 showered together.  VORLEAK is still engaged to SPORICH for the welfare of her brothers, who also live with SPROCICH.  VORLEAK said that SPORICH told her that he had changed, and that he would not do these things again.  VORLEAK said that is why she allowed him to be with kids, and that she asked her younger brother if SPORICH had done anything, and her brother said "no problem".

      o. VORLEAK said her younger brother has a problem with his penis, and SPORICH took him to the hospital.  VORLEAK said the doctor told her younger brother to massage his penis with Vaseline and that should help with the problem.  VORLEAK said that SPORICH did not massage her little brother's penis with the Vaseline.

      p. VORLEAK has three brothers: Prom KROE (20 years old); P.S. (17 years old); and K. (15 years old).  The brothers, her first son (M), and son of her sister would sometimes take showers together and play behind closed doors.

      q. When asked about SPORICH's e-mail, VORLEAK would not provide the information and did not answer.  VORLEAK stated she goes to work from 9:00 AM to 4:00 or 5:00 PM; however, does work late sometimes to 9:00 to 10:00 PM.  VORLEAK works six days a week and Sunday is her day off.  VORLEAK stated she usually

works late Monday through Friday because she is busy, but on Saturdays she comes home early.

   r. VORLEAK reported the kids go to school in the morning and all come home together for lunch.  VORLEAK reiterated that her three brothers, the son of her sister, JOHN DOE 2 and "M" (adopted son) stay at the house.  VORLEAK said they do not adopt girls because there would be problems caring for them and they also do not meet girls.  VORLEAK's younger sister (6-7 years old) did stay for a while, but she sent her home to the parents.  VORLEAK stated that SPORICH wanted to keep only the kids that study.  VORLEAK advised that JOHN DOE 2 studies well, but her sister did not because she always wanted to play, and SPORICH complained about her because he could not take care of her.

   s. VORLEAK said she is a virgin, and is not sure what to do because she is still a virgin.  VORLEAK learned from SPORICH that he had a girlfriend in the past before he was arrested in the United States.  VORLEAK said that SPRORICH was able to have erections, but they did not last long.  VORLEAK said SPORICH is not taking medication for this problem.

   t. VORLEAK said that SPORICH would stop taking his high blood pressure medication so his penis would stay hard because he knew she would be ready.  VORLEAK said they have gone

29

to the B&H Hospital in Bangkok, Thailand, but believes the problem is with her. VORLEAK stated the doctor advised her to relax, but she cannot relax. VORLEAK reported that during the first year together with SPORICH he told her that he wanted his own kid, but she was not ready. VORLEAK said that SPORICH really wanted a kid, but they stopped trying about three years ago.

u. JOHN DOE 2 moved into their house in January, 2008, VORLEAK's son (a boy she had previously adopted informally) moved in approximately eight months later, and then her three brothers and son of her sister eventually moved in. VORLEAK has not seen SPORICH date other girls. She has seen him masturbate. VORLEAK stated that they do not talk about their sex problems and that their relationship has become more platonic. VORLEAK admitted thinking "many times" about leaving SPORICH, but she stays because she is used to being around him and he gives a monthly allowance to her and her brothers.

v. Americans have a problem letting adults take showers with kids and allowing them to run around the house naked. SPORICH would sometimes yell at the kids because they are being teenagers and lazy. VORLEAK reported hearing from the CNP that they knew of SPORICH's activities six months ago. VORLEAK questioned why the CNP waited six months to arrest him

30

and why would parents let the kids stay if they knew the same information.   VORLEAK is of the opinion that "the CNP set up Jack…I am sure the government knows his past…that is why they are doing this".

　　　　**w.** VORLEAK said that JOHN DOE 2 has been in school for one year, is a good kid overall, and has no problems in school. VORLEAK never met JOHN DOE 2's family, but she knew they wanted money from SPORICH and her to take JOHN DOE 2 on a trip to Phnom Penh.   VORLEAK said that JOHN DOE 2'S parents would even leave JOHN DOE 2 behind at their house when they go away, and would pick him up without telling her or SPORICH.

**Interview with APLE Investigator**

　　　16.   On February 3, 2009, SA Patrick Li, SA Hung Nguyen and SA Kevin Panganiban interviewed Mr. Rattana regarding the investigation of JACK SPORICH.   Mr. Rattana provided the following details:

　　　　**a.** During the course of the APLE investigation, Mr. Rattana learned from local Cambodians that JACK SPORICH was known to drive his motor bike through the neighborhoods while dropping Cambodian RIEL (Cambodian currency) on the street to meet kids.   In late September of 2008, APLE Investigators were able to observe three minor Cambodian boys enter the residence of JACK SPORICH.   Mr. Rattana further reported that surveillance

of JACK SPORICH's residence revealed the same three boys would enter and leave the residence.  In early October of 2008, while on surveillance, an APLE Investigator approached the three boys for an interview when they were outside of JACK SPORICH's residence.

b. During the interview, the APLE Investigator learned the identity and age of the three boys, and the three boys reported being sexually abused by JACK SPORICH when they were inside his residence.  APLE identified the three minor Cambodian boys as follows:

- JOHN DOE 1, neighbor of SPORICH, 12 years old;
- JOHN DOE 2, lives with SPORICH, 9 years old;
- JOHN DOE 3, neighbor of SPORICH, 12 years old

c. According to Mr. Rattana, JOHN DOE 1 initially provided most of the information about the sexual abuse committed by JACK SPORICH.  Mr. Rattana learned from JOHN DOE 1 that "JACK" loved him a lot and that they would take showers together.  JOHN DOE 1 reported being completely nude with "JACK" while in the shower and when in the shower "JACK" had started to touch his penis.  JOHN DOE 1 continued to tell Mr. Rattana that "JACK" would ask JOHN DOE 1 to touch his penis.  JOHN DOE 1 reported to Mr. Rattana that he (JOHN DOE 1) would sleep with "JACK" during bedtime and "JACK" would put his hand on his (JOHN DOE 1's) penis.  JOHN DOE 1 continued to explain that "JACK"

would also put JOHN DOE 1's hands on "JACK'S" penis.  JOHN DOE 1 reported sometimes when "JACK" touched his penis it would be painful because "JACK" would squeeze too hard.

    d.  Mr. Rattana reported to SA Panganiban that he learned from JOHN DOE 1 that SPORICH'S wife would work all day until nine o'clock at night.  JOHN DOE 1 reported that SPORICH would be with him and the other two boys when his wife was not around.  JOHN DOE 1 reported to Mr. Rattana that on approximately five separate occasions SPORICH touched his penis as well as put his penis in SPORICH'S mouth.

    e.  Mr. Rattana stated to SA Panganiban that he conducted a later interview of JOHN DOE 1 with his mother present.  Mr. Rattana learned from JOHN DOE 1'S mother that SPORICH does not like to sleep with his wife because he likes to sleep with boys.  Mr. Rattana learned that JOHN DOE 1's mother did not know that SPORICH had touched her son's penis and that she had trusted SPORICH.  JOHN DOE 1's mother told Mr. Rattana that she is surprised to learn that SPORICH had done these acts to her son.

    f.  Mr. Rattana stated that in December of 2008, while conducting surveillance at JACK SPORICH's residence, APLE Investigators observed a minor Cambodian boy (later identified as JOHN DOE 4, age 12 years old) enter the residence.  Mr.

Rattana reported that upon JOHN DOE 4 exiting the residence an APLE Investigator approached JOHN DOE 4 for a field interview. JOHN DOE 4 reported to the APLE Investigator that "JACK" never did anything to him, but in the early morning hours, JOHN DOE 4 reported seeing JOHN DOE 2 and "JACK" sleep in the same bed together.  JOHN DOE 4 reported JOHN DOE 2 slept on the top bed (top bed of bunk bed) with "JACK" in the early morning hours.

**ICE Interview of John Doe 4**

17.  During the afternoon of February 3, 2009, SA Li and SA Nguyen interviewed JOHN DOE 4 in the presence of Mr. Rattana and APLE Social Worker Song Saman, while at the APLE facility in Siem Reap.  Mr. Rattana translated the questions into Khmer, the native language of Cambodia.  I learned that JOHN DOE 4 reported the following statements during the interview:

a. JOHN DOE 4 is twelve years old and was born the Year of the Mouse.  JOHN DOE 4 stated his parents told him what year he was born.  JOHN DOE 4 stated his parents are dead and that he lives with his grandmother.  JOHN DOE 4 has two brothers. JOHN DOE 4 stated he takes care of the cows for fun, that he goes to school and that he is in third grade.  JOHN DOE 4 wakes up at 6:00 AM to start school at 7:00 AM.  JOHN DOE 4 gets out of school at 11:00 AM and takes care of the cows.  JOHN DOE 4 stated his friends are: JOHN DOE 2, JOHN DOE 1 and JOHN

34

DOE 3, and that they play along the street.  During the interview, SA Nguyen presented JOHN DOE 4 a series of photographs of white males to determine if he recognized anyone. SA Nguyen told me that JOHN DOE 4 identified Exhibit "C", which is JACK SPORICH.

b. JOHN DOE 4 identified "JACK" in the photographs and called him "Dad".  JOHN DOE 4 stated JOHN DOE 2 took him to meet "Dad" at his house.  While at "Dad's" house, JOHN DOE 4 and the other kids would play and watch T.V.  JOHN DOE 4 would play at "Dad's" house at least once a week.

c. JOHN DOE 4 would play at "Dad's" house on a non school day and at night from 1:00 PM to 5:00 PM.  JOHN DOE 4 does not spend the night at "Dad's" house, and he only saw JOHN DOE 2 at "Dad's" house.  "Dad" would play with him and "JOHN DOE 2'.  JOHN DOE 4 further stated that "Dee", "M", "Burt", "Sna" and "Dad's" wife would be present at the house sometimes when JOHN DOE 4 and JOHN DOE 2 play. JOHN DOE 4 stated calling "JACK" by "Dad" because JOHN DOE 2 told him that he was a good father and that JOHN DOE 2 called him "Dad" as well.  JOHN DOE 4  would swim in the pool and clean up in the bathroom.  JOHN DOE 4 reported that "Dad" would help him clean.

d. JOHN DOE 4 stated he was naked while in the shower, but "Dad" was not.  JOHN DOE 4 explained that "Dad" bathes him

and that he has not seen "Dad" bathe anyone else.   JOHN DOE 4 continued to explain that "Dad" bit him on his back and did not know why he did that.   JOHN DOE 4 stated this occurred "a long time ago".   JOHN DOE 4 later explained that "Dad" bit him because he did something bad and that it hurt.   JOHN DOE 4 would not explain why "Dad" bit him, but stated it happened four to five days prior the interview with SA Nguyen and SA Li.   JOHN DOE 4 stated "Dad" bit him during the day, that no one else was around and that he did not tell anyone.   JOHN DOE 4 later explained the reason "Dad" bit him was because he went for a walk to a friend's house.   JOHN DOE 4 stated "Dad" did not allow him to go too far from the house.

e. The first time he went to "Dad's" house was approximately three to five months ago.   JOHN DOE 4 stated the only time "Dad" touched him was during bath time after he went swimming.   JOHN DOE 4 further stated that "Dad" never touched him on any other occasion.

f. JOHN DOE 4 reported that "Dad" did touch his penis and that he squeezed it and it would hurt.   JOHN DOE 4 stated that "Dad" has already touched his penis two to three times and the last time was in the bath.   JOHN DOE 4 explained that "Dad" touched his penis when he was giving him a bath and this occurred approximately one month ago.   JOHN DOE 4 stated "Dad"

36

was not naked during the bath time, but "Dad" touched his penis for about one hour.   JOHN DOE 4 stated he asked "Dad" to stop and that "Dad" also touched his penis when he was in the pool water.

g. JOHN DOE 4 stated he wore swimming trunks when he was in the pool and that "Dad" put his hands inside his clothes. JOHN DOE 4 did advise that other kids were in the pool and had witnessed what had happened.   JOHN DOE 4 reported telling his grandmother, who told JOHN DOE 2 to bring "Dad" to the house. JOHN DOE 4 explained that he told his grandmother that "Dad" had "pressed…touch my penis".   JOHN DOE 4 continued to explain that his grandmother blamed "Dad" for touching his penis and instructed JOHN DOE 2 to tell "Dad" not to touch his penis.

h. JOHN DOE 4 stated "Dad" agreed not to touch his penis anymore.   JOHN DOE 4 stated "Dad" visited his grandmother about one month ago, and that "Dad" has not touched his penis since he told his grandmother.   JOHN DOE 4 reported that "Dad" did not touch his penis anywhere else other than the pool and bathroom.   JOHN DOE 4 further reported that JOHN DOE 2 told him that "Dad" had also pressed his penis while in the bathroom, where they watch T.V. and while in the bedroom.

i. JOHN DOE 4 reported JOHN DOE 2 had told him that he would not allow "Dad" to touch his penis again.   JOHN DOE 4

stated JOHN DOE 2 had told him this information "a long time ago".   JOHN DOE 4 reported last seeing "Dad" about one month ago and has not been back since "Dad" visited his grandmother's house.

　　　　j. JOHN DOE 4 stated "Dad" did not put his mouth on his penis or touch other boy's penises.  JOHN DOE 4 reported that "Dad" did not get mad at him when he (JOHN DOE 4) did not like it.  JOHN DOE 4 purported never spending the night at "Dad's" house.

**ICE Interview of John Doe 2**

　　　18. After the interview of JOHN DOE 4 and on the same date, SA Li and SA Panganiban interviewed JOHN DOE 2, in the presence of Mr. Rattana and APLE Social Worker Song Saman, while at the APLE facility in Siem Reap.  Mr. Rattana translated the questions into Khmer.  JOHN DOE 2 provided the following information:

　　　　a. JOHN DOE 2 explained that he was nine years old, that he first lived with his mother and currently goes to school.  JOHN DOE 2 also stated that he plays badminton and has a lot of friends.  During the initial part of the interview, SA Panganiban presented a photo spread of white males to JOHN DOE 2.  JOHN DOE 2 selected number 6, the photograph of JACK SPORICH.

38

b. JOHN DOE 2 reported calling "JACK" by his first name and by the name of "Dad". JOHN DOE 2 stated knowing "Dad" for two (2) years and meeting "Dad" by hearing about him through his (JOHN DOE 2's) friends. JOHN DOE 2 stated going to "JACK'S" house in the year of 2008. The reason JOHN DOE 2 went to "JACK'S" place was for a bike. JOHN DOE 2 knew to go to "JACK'S" place because his friends told him that "Dad" was generous. JOHN DOE 2 further explained that "when Dad rides his bike dad throws money and when I go to school Dad gives money sometimes".

c. JOHN DOE 2 stated playing with a Playstation 2 and a remote control car while he was at "JACK'S" place. JOHN DOE 2 also reported swimming at "JACK'S" house and that "JOHN DOE 1, Da, and John Doe 4" would also play at "JACK'S" place. JOHN DOE 2 reported the three boys were older than him and that he was at "JACK'S" place at nighttime. JOHN DOE 2 stated "JACK" did play with the other kids. JOHN DOE 2 described "JACK" as tickling him on the side as the way "JACK" would play with him. JOHN DOE 2 also stated that "JACK" would tickle the kids as well.

d. JOHN DOE 2 reported that "JACK" would give money to him for going to school and would provide his mother $100.00 (United States dollars) when she had no money. JOHN DOE 2 reported "JACK" would only give money to his mother when she

called to ask for money.  JOHN DOE 2 stated his mother did allow him to stay with "JACK" and that "JACK" did not give him other gifts beside money.

   e. JOHN DOE 2 stated he has been alone with "JACK" and that they would play.  JOHN DOE 2 further stated they played while wearing clothes; however, JOHN DOE 2 has seen "JACK" without his clothes on.  JOHN DOE 2 reported seeing "JACK" with no clothes when "JACK" takes showers.  JOHN DOE 2 does not remember the number of times he saw "JACK" without clothes.

   f. JOHN DOE 2 reported "JACK" has asked him to take his clothes off in the past.  JOHN DOE 2 did this "when we take shower.  I want to take shower with him because I so scared".  JOHN DOE 2 stated being scared because his brother told him a ghost story.  JOHN DOE 2 stated cleaning himself while in the shower and that "JACK" did touch him in the shower.  JOHN DOE 2 stated "JACK" touched "my ball, penis", but "JACK" did not make JOHN DOE 2 touch his (SPORICH's) penis.  JOHN DOE 2 stated this occurs "sometime yes and no".  During the interview, SA Panganiban asked JOHN DOE 2 to demonstrate how "JACK" touched his penis and JOHN DOE 2 had touched a pen and gestured a squeezing motion.

   g. JOHN DOE 2 stated "JACK" never put his penis inside JOHN DOE 2's mouth nor did "JACK" put JOHN DOE 2's penis in his

(JACK's) mouth.  JOHN DOE 2 purported "JACK'S" penis to be hard

when they were in the shower, but nothing came out of "JACK'S"

penis.  JOHN DOE 2 stated not seeing other boys take a shower

with "JACK" and that when taking a shower with "JACK" the

bathroom door would be closed.

h.  JOHN DOE 2 stated "JACK" had a wife, but she was

not present when he took showers with "JACK".  JOHN DOE 2

reported sleeping on the bedroom floor at night; however, "JACK"

has sometimes asked JOHN DOE 2 to sleep with him.  JOHN DOE 2

claimed "I just hug him and he hug me" when both JOHN DOE 2 and

"JACK" were in the bed.  JOHN DOE 2 did report "JACK" would

touch his penis while in the bed and that "JACK'S" penis would

be hard.

i.  JOHN DOE 2 stated "JACK" did not put his (JOHN DOE

2's) penis in his mouth nor did "JACK" put JOHN DOE 2's mouth on

his penis.  JOHN DOE 2 did report that "JACK" had touched his

buttocks area; however, "JACK" did not put anything inside his

anus.  JOHN DOE 2 stated "JACK'S" wife was "at the shop" when he

and "JACK" slept together.  However, when sleeping in the same

bed with "JACK" and when "JACK'S" wife came home, JOHN DOE 2

said "JACK" would tell him to sleep on the floor.  JOHN DOE 2

asserted "JACK'S" wife did not ask questions about what he did

during the day, nor did the other kids stay at "JACK'S" house when JOHN DOE 2 was there.

j. JOHN DOE 2 stated he would go outside with "JACK" to walk the dog. JOHN DOE 2 stated the only time "JACK" touched him was when they took showers and when they stayed in bed together. JOHN DOE 2 claimed the bedroom door would be opened when they slept in the same bed together.

k. JOHN DOE 2 stated his brother also took showers with him and "JACK". When asked if "JACK" touched his (JOHN DOE 2) penis, JOHN DOE 2 stated "yes, he pressed and it hurt a little...when it hurt, I asked "JACK" to stop and he stop". When asked to describe "JACK'S" penis, JOHN DOE 2 asserted it was "hard" because he saw "JACK'S" penis being hard. When provided a toy flute to demonstrate, JOHN DOE 2 said "bigger than that". JOHN DOE 2 reported observing "JACK" having pubic hair. JOHN DOE 2 reported wearing clothes as well as "JACK" would wear underwear (boxers) when they slept in the bed together. JOHN DOE 2 claimed "JACK" only touched his penis while in the bathroom and the bedroom. JOHN DOE 2 stated no one saw "JACK" touch his penis, nor did JOHN DOE 2 see "JACK" touch any other boy's penis.

l. JOHN DOE 2 said that "JACK" did not provide instruction to him (JOHN DOE 2) to prevent people from knowing

he touched his penis.  JOHN DOE 2 said he wore pajamas when he was in the bed with "JACK" and that "JACK" would put his hands inside his pajamas.  JOHN DOE 2 stated he slept next to "JACK" while in the bed together.  JOHN DOE 2 would tap on "JACK'S" back to let him know it hurt when "JACK" touched his penis and JOHN DOE 2 would tell him to stop.  JOHN DOE 2 reported "JACK" would sleep on his side, but was not looking at his (JOHN DOE 2) face when "JACK" touched his penis.  JOHN DOE 2 reported "JACK" would look at his hands, that the lights were off and "JACK" hurt him when his hands were in his (JOHN DOE 2) pants.  JOHN DOE 2 described being hurt because "JACK" would press his penis, testicles and buttocks area.

m.  JOHN DOE 2 reported the light from the computer would allow him (JOHN DOE 2) to see what "JACK" was doing.  JOHN DOE 2 reported when "JACK" was touching his (JOHN DOE 2) penis and that "JACK'S" penis was hard, both were sleeping on the middle bed.

n.  JOHN DOE 2 reported seeing the white mattress above him and that the bedroom door was closed.  JOHN DOE 2 stated his older sister would also be in the room, but she did not see "JACK" touch his penis because she would sleep on the top bed. JOHN DOE 2 claimed not being on "JACK'S" chest, standing, or being moved while in bed with "JACK".  JOHN DOE 2 reported that

43

"JACK" would only wear his underwear and JOHN DOE 2 would wear his pajamas after they took their shower.

    o. JOHN DOE 2 described his pajamas as being red and cotton. JOHN DOE 2 again stated that when "JACK'S" wife came home, "JACK" would tell him to come down from the bed to the floor. JOHN DOE 2 said "JACK" knew when his wife came home because he would hear the dogs barking and would tell him (JOHN DOE 2) to "come down and go back to bed". JOHN DOE 2 stated "JACK" did not use any force, push him off the bed or any other body gestures to get him (JOHN DOE 2) off the bed.

    p. JOHN DOE 2 later said that "JACK" told him "don't let anyone know, but now I tell you". JOHN DOE 2 also stated "JACK" told him "don't tell the brothers, but can tell friends (John Doe 4, JOHN DOE 1, and JOHN DOE 3) but no telling friends at school". JOHN DOE 2 further stated he was telling this information to ICE agents because they were the Police. JOHN DOE 2 further stated also telling the Police (the Cambodian National Police/CNP) about what "JACK" said to him. JOHN DOE 2 said he was taken to the Police station and the Police went to "JACK'S" home and "took JACK".

    q. JOHN DOE 2 said the last time "JACK" touched his penis was before the 2009 Chinese New Year. JOHN DOE 2 stated "JACK" did not threaten or beat him.

44

ICE Interview of John Doe 4's Grandmother

19.  On February 3, 2009, SA Li and SA Panganiban interviewed Prounh YEAN (Grandmother of JOHN DOE 4) while at the APLE facility in Siem Reap.  Mr. Rattana translated the questions into the native language of Cambodia.  YEAN provided the following information:

a. YEAN stated John Doe 4 is her grandson and that he is twelve years old.  YEAN stated that her grandson has lived with her since he was seven months old.  YEAN explained that "JOHN DOE 4'S" parents had died.  YEAN stated JOHN DOE 4 goes to a foreigner's house and that the foreigner is old.

b. YEAN stated seeing the foreigner on two occasions. YEAN stated the foreigner brought her rice and had given her twenty or ten United States dollars.  YEAN stated JOHN DOE 4 had asked the foreign man for rice and money.  YEAN further stated that JOHN DOE 4 calls the foreigner "Dad".

c. YEAN stated she does not know a lot about the foreigner.  YEAN reported that JOHN DOE 4 never complains about "Dad" and had never said bad things about "Dad".  YEAN stated JOHN DOE 4 never told her that "Dad" had touched his penis. YEAN further stated she does not know what JOHN DOE 4 does with "Dad" when he visits at his house.

45

d. YEAN reported receiving $20.00 (United States Dollars) one time from the foreigner and one hundred (100) kilograms of rice from the foreigner. YEAN stated the foreigner arrived at her house with these items and had brought both JOHN DOE 4 and JOHN DOE 2. YEAN never visited the foreigner at his house and does not know if he was married.

e. YEAN stated she had conversed with JOHN DOE 4 about "Dad" and that she instructed JOHN DOE 4 to bring no more rice. YEAN stated the two visits from "Dad" were before this year's Chinese New Year. YEAN reported speaking to the CNP about "Dad". YEAN stated JOHN DOE 4 is afraid to tell her information about "Dad" because JOHN DOE 4 knew that she would not allow him to go back to "Dad's" house. During the interview, a photo spread consisting of six photographs of white males was presented to YEAN. YEAN was not able to identify anyone in the photo spread.

**ICE Interview of John Doe 1**

20.  On February 4, 2009, SA Nguyen and SA Panganiban interviewed JOHN DOE 1 in the presence of Mr. Rattana, while at the APLE facility in Siem Reap. Mr. Rattana translated the questions into Khmer. JOHN DOE 1 provided the following information:

a. JOHN DOE 1 stated he was thirteen years old and was born in January 1997.  JOHN DOE 1 stated he was born the Year of the Mouse and that his mother told him.  JOHN DOE 1 lives with both his mother, father, one brother (16 years old) and one sister (21 years old), who recently married.

b. JOHN DOE 1 stated going to public school and is in the fourth grade.  JOHN DOE 1 said his favorite subject was Math and that his best friends are: JOHN DOE 2, JOHN DOE 4, and KAAKVEY.  JOHN DOE 1 stated that he like to play, fight and other things.

c.   JOHN DOE 1 stated he sometimes stays at "Dad's" house.  JOHN DOE 1 also stated that "Dad" is also named "JACK".  JOHN DOE 1 reported that "JACK" told him (JOHN DOE 1) to call him "Dad".  JOHN DOE 1 stated he met "Dad" in front of his (Dad) house.  JOHN DOE 1 reported being told by "Dad" to go to his (SPORICH) house sometime in 2008.

d. JOHN DOE 1 explained that JOHN DOE 2 (9 years old), DEE (big kid/boy), BOTT (big kid/boy), CHEA (medium kid/girl), SMEY (boy/not sure of name/medium kid), MATT (16 years old/boy), SNA (boy/not sure of age) all stay at "JACK's" house.  JOHN DOE 1 stated the house has twenty-five rooms, but the house they live in has two to four rooms.  JOHN DOE 1 explained that 2 of the rooms are where people sleep.

e.   JOHN DOE 1 reported that "JACK", his wife, JOHN DOE 2, and CHEA stay in one room, while four additional minors stay in another room.   JOHN DOE 1 stated seeing all these people at the house when he would sleep over.   JOHN DOE 1 reported sleeping in "JACK's" bedroom approximately ten times.   JOHN DOE 1 stated he did sleep with "JACK".

f. JOHN DOE 1 stated S. and C. would sleep on the top bed and JOHN DOE 2 would sleep on the lower bed (floor).   JOHN DOE 1 stated he would sleep in the same bed with "JACK" and his wife.   JOHN DOE 1 explained that "JACK" would sleep in the middle of the bed and "JACK's" wife on one side and JOHN DOE 1 on the other side.   During the interview, JOHN DOE 1 drew on a piece of paper how the three would sleep in the same bed.   Also, during the initial part of the interview, a photospread of white males was presented to JOHN DOE 1.   JOHN DOE 1 selected number 6, the photograph of JACK SPORICH.

g. JOHN DOE 1 reported that "JACK" asked him to spend the night and eventually started to play with his penis.   JOHN DOE 1 claimed that "JACK" would touch his penis at night and that three months ago was the first time "JACK" touched his penis.   JOHN DOE 1 described "JACK" as pressing his penis. JOHN DOE 1 said "JACK'S" wife was present when "JACK" touched his penis.   JOHN DOE 1 explained that she did not see this

because she sleeps on her side.  JOHN DOE 1 continued to explain that "JACK" put his hands inside JOHN DOE 1's underwear.  JOHN DOE 1 purported that when the wife would sleep "JACK" would reach over and put his hands on his penis.  JOHN DOE 1 reported that "JACK" would not say anything when he touched JOHN DOE 1's penis.

    h. JOHN DOE 1 stated he felt hurt when "JACK" touched his penis, but did not say anything to "JACK" because JOHN DOE 1 was afraid that "JACK" would hit him.  JOHN DOE 1 claimed "JACK" has never hit him, but blames JOHN DOE 1 for mistakes.  JOHN DOE 1 reported that "JACK" would have an angry face and would speak in English.

    i. JOHN DOE 1 claimed "JACK" touched his penis for about five to ten minutes.  JOHN DOE 1 told JOHN DOE 2 and JOHN DOE 3 about how "JACK" touched his penis.  JOHN DOE 1 stated that both JOHN DOE 2 and JOHN DOE 3 told him "JACK" had done the same thing to them.

    j. JOHN DOE 1 reported "JACK" sucked his penis while in bed and his wife was asleep.  JOHN DOE 1 explained that when "JACK'S" wife was asleep, "JACK" would slide down the bed and suck on his penis.  JOHN DOE 1 stated that "JACK" would take off his (JOHN DOE 1) underwear and place his (JOHN DOE 1) penis in his (SPORICH) mouth.  JOHN DOE 1 stated he does not remember how

49

long "JACK" sucked his penis, but believed it was longer than 10 minutes. JOHN DOE 1 further stated that he would not move when "JACK" sucked on his penis and he (JOHN DOE 1) was awake when this happened.

k. JOHN DOE 1 stated he did not say anything to "JACK" and that he felt hurt that "JACK" did this to him. JOHN DOE 1 reported telling JOHN DOE 2 and JOHN DOE 3, but no one had seen "JACK" do this to him. JOHN DOE 1 believed "JACK" sucked his penis about five times and "JACK" had done it the same way each time.

l. JOHN DOE 1 commented that "JACK" had put JOHN DOE 1's hands on his penis when they were sleeping. JOHN DOE 1 explained that "JACK" was wearing shorts (boxers) and "JACK" would put his (JOHN DOE 1) hands on his penis inside his shorts. JOHN DOE 1 continued to explain that "JACK" did this "many times" whenever JOHN DOE 1 slept with "JACK". JOHN DOE 1 again stated that "JACK" would also suck on his penis when they were in bed.

m. JOHN DOE 1 reported that "JACK" did not touch his penis anywhere else in the house. JOHN DOE 1 stated that when he told JOHN DOE 2 and JOHN DOE 3, they had said that "JACK" would do the same thing to them. JOHN DOE 1 learned that JOHN

DOE 3 also sleeps with "JACK" and that he would do the same thing with them in the bedroom.

n. JOHN DOE 1 reported swimming in the pool at "JACK'S" house, but never cleaned himself afterwards. JOHN DOE 1 did state that he took showers with "JACK" and that both of them were not wearing any clothes. JOHN DOE 1 stated "JACK" would clean his body and wash his penis, but JOHN DOE 1 did not clean "JACK". JOHN DOE 1 said "JACK" did not suck his penis when he was in the shower. JOHN DOE 1 was not able to remember the last time he slept with "JACK", but did state "JACK" did not put his (JOHN DOE 1) hands on his penis. JOHN DOE 1 stated "JACK" does not always play or suck on his penis when they sleep together. JOHN DOE 1 believes "JACK" played and sucked his penis between five and ten times total.

o. JOHN DOE 1 described "JACK'S" penis as bigger than a pen and having pubic hair. JOHN DOE 1 stated "JACK" did not touch him in any other way and that he did not see anything come out of "JACK'S" penis.

p. JOHN DOE 1 reported when watching T.V. with "JACK", that "JACK" would sometimes ask him to take a shower. JOHN DOE 1 claimed some of the kids have seen "JACK" ask him to take the shower. JOHN DOE 1 stated "JACK" would close the bathroom door.

JOHN DOE 1 also stated that "JACK" would take showers with JOHN
DOE 2 and JOHN DOE 3.

q. JOHN DOE 1 stated "JACK'S" wife would come home
sometimes at 1:00 AM to 2:00 AM, and JOHN DOE 1 knew this
because he would see "JACK'S" watch.  JOHN DOE 1 reported not
seeing "JACK" have sex with his wife, shower with his wife, hold
hands, hug or kiss his wife.  JOHN DOE 1 stated he only told
JOHN DOE 2 and JOHN DOE 3 about what "JACK" did to him because
he was afraid to tell his parents.  JOHN DOE 1 explained that
his parents would beat him for letting "JACK" touch and suck his
penis.

r. JOHN DOE 1 explained "JACK" would give him money
for going to school and money on the weekends.  JOHN DOE 1
further explained that on a school day "JACK" would give him
$1000 Riel (approximately $.35) and $1.00 USD on the weekends.
JOHN DOE 1 claimed "JACK" has not given any money to his family,
but has given him beef, chicken and bread to take home.  JOHN
DOE 1 stated "JACK" has never been to his house, but his family
knew of "JACK".

s. JOHN DOE 1 reported that his mom learned of
"JACK'S" name because she overheard a conversation that he had
with SMEAY.  JOHN DOE 1 explained that he and SMEAY were playing
when JOHN DOE 1 called "JACK" by the name "Dad" and SMEAY said

do not call him "JACK".   JOHN DOE 1 reported that his parents
allowed him to sleep at "JACK'S" house.

**ICE Interview of John Doe 3**

21. On February 2, 2009, SA Li, and SA Panganiban
interviewed JOHN DOE 3 at his residence, which is next door to
JACK SPORICH's residence.   Mr. Rattana translated the questions
into Khmer.   The interview was conducted in the living room area
after receiving permission from his Father, who was present
during the interview.   JOHN DOE 3 provided the following
information:

    a. JOHN DOE 3 stated he is nine years old, that he is
in the fourth grade and plays soccer at school.   During the
interview, SA Li presented him with a photo spread of white
males.   JOHN DOE 3 selected number 6, the photograph of JACK
SPORICH.   JOHN DOE 3 reported the name of the white male in the
photograph to be "JACK", but did not know his last name.   JOHN
DOE 3 stated also calling "JACK" by the name of "Dad".   JOHN DOE
3 further stated "Dad" is seventy-three years old and believes
he is from the United States.

    b. JOHN DOE 3 stated first meeting "Dad" when he was
eight years old and was about to go to school.   JOHN DOE 3
explained that "Dad" was at home during a time he was going to
school and a girl that lived with "Dad" came over to his house

looking for "JOHN DOE 1".  The girl was looking for "JOHN DOE 1"

to so he could go home to "Dad" and JOHN DOE 3 had asked if he

could go over to "Dad's" house.  JOHN DOE 3 said he was allowed

to go over to "Dad's" house because "JOHN DOE 1" told the girl

that he was a good boy.

     c. JOHN DOE 3 described JACK SPORICH'S residence to be

big, with many rooms, book shelves, bathrooms and a swimming

pool.  JOHN DOE 3 stated when he would go to "Dad's" house there

were construction workers and big kids that "Dad" had adopted at

the house.  JOHN DOE 3 said he has been to "Dad's" house more

than one time and has spent the night at "Dad's" house.

     d. JOHN DOE 3 stated "Dad" and two of his (JOHN DOE 3)

friends would be at the house when he spent the night.  JOHN DOE

3 stated "JOHN DOE 1" and JOHN DOE 2 were his friends.  JOHN DOE

3 further stated that "JOHN DOE 1" is a boy and is thirteen

years old and JOHN DOE 2 is a boy and is nine years old.  JOHN

DOE 3 also reported a seven (7) year old girl would be at

"Dad's" house when he had spent the night.

     e. JOHN DOE 3 claimed he had taken showers with "JOHN

DOE 1" and JOHN DOE 2 when he was visiting "Dad's" house, but

"Dad" was never in the shower with them.  JOHN DOE 3 stated

"Dad" never cleaned or watched him when he took a shower.  JOHN

DOE 3 stated never being alone with "Dad" while he was visiting, that he was with his friends "JOHN DOE 1" and JOHN DOE 2.

      f.   JOHN DOE 3 stated that he watched T.V. with "Dad," then played games.  JOHN DOE 3 claimed doing these activities in the morning.  JOHN DOE 3 stated "Dad" has a wife, but JOHN DOE 3 does not know her name.  JOHN DOE 3 reported that "Dad's" wife would go to work at 9:00 AM.  JOHN DOE 3 further reported that "Dad's" wife was never around when he spent time with "Dad".  JOHN DOE 3 also stated that "Dad's" wife was not in the house when he, JOHN DOE 1 and JOHN DOE 2 would take a shower.  JOHN DOE 3 purported that "Dad" would be the only person in the house when they took a shower.

      g. JOHN DOE 3 reported the bathroom door to be closed when he would take showers with JOHN DOE 1 and JOHN DOE 2.  JOHN DOE 3 stated "Dad" would be watching T.V. while they took their shower.  JOHN DOE 3 claimed taking showers at nighttime and that "Dad's" wife would be at work.

      h. JOHN DOE 3 stated he would sleep on the top bed when he spent the night at "Dad's" house.  JOHN DOE 3 described the room as having two floor beds with an air conditioner.  JOHN DOE 3 stated the mattress color was white and that there was a computer in the room.  JOHN DOE 3 said he did not play with the computer.  JOHN DOE 3 said during the daytime they would play in

the room with the games.   JOHN DOE 3 described the room as
having a refrigerator, a table with a bottle of water to drink
from and a T.V.   JOHN DOE 3 stated he would go to sleep at 10:00
PM and that JOHN DOE 1 and JOHN DOE 2 would also be in the room.
JOHN DOE 3 further stated that "Dad" would sleep in the same
room as them and that JOHN DOE 3 slept on the top bed.

     i. JOHN DOE 3 stated that JOHN DOE 1, JOHN DOE 2 and he
would sleep on the same bed.   JOHN DOE 3 reported that "Dad"
would sleep on the lower bed, that he never slept on the same
bed with dad, but has seen JOHN DOE 1 and JOHN DOE 2 sleep with
"Dad" on the same bed.   JOHN DOE 3 said that he saw JOHN DOE 1
sleep with "Dad" and that JOHN DOE 2 slept with him when that
happened.

     j. JOHN DOE 3 reported that "Dad" would wear shorts
and a shirt to bed and that he (JOHN DOE 3) would wear casual
clothes.   JOHN DOE 3 stated both JOHN DOE 1 and JOHN DOE 2 would
wear pajamas to bed.   JOHN DOE 3 claimed "Dad" never asked him
to sleep in the same bed nor be naked with him (Dad).   JOHN DOE
3 stated "Dad" has not seen him naked nor has he seen "Dad"
naked and does not think "JOHN DOE 1" or John Doe 2 has seen
"Dad" naked.   JOHN DOE 3 stated that "Dad" has touched his body
in the past because "Dad" hugs him when they watch T.V.

k. JOHN DOE 3 stated "Dad" has not touched his penis or bought him toys. However, JOHN DOE 3 claimed receiving money from "Dad" everyday that he went to school. JOHN DOE 3 stated receiving $1000 RIEL (Cambodian currency) from "Dad" when he goes to school.

l. JOHN DOE 3 reported that "Dad" has never told him to not say anything to anybody. JOHN DOE 3 stated not currently knowing where "Dad" was and the last time he saw "Dad" was at nighttime. JOHN DOE 3 stated "Dad" has never been to his house. JOHN DOE 3 stated "Dad" would also give him food to eat at his (Dad) house in addition to the money. JOHN DOE 3 purported that "Dad" was very nice to him and that he likes "Dad".

m.  JOHN DOE 3 confirmed that "Dad" did buy clothes for him.

n. JOHN DOE 3 believed "Dad" was nice to him because "Dad" would take him out to eat, buy him clothes and when he (Dad) was outside "Dad" would buy stuff for me (JOHN DOE 3). JOHN DOE 3 claimed "Dad" did these things because he (Dad) likes him the most. JOHN DOE 3 stated "Dad" did not touch his penis and does not know why there are statements that claim "Dad" had touched his penis. JOHN DOE 3 claimed not telling anyone that "Dad" had touched his penis because he loves "Dad" and he does

57

not know when the next time he can see "Dad" and that he misses "Dad".

## ICE Interview of John Doe 3's Father

22. On February 2, 2009, after interviewing JOHN DOE 3, SA Li, and SA Panganiban interviewed Mr. Bend MENG (JOHN DOE 3's Father) with Mr. Rattana who translated the questions into Khmer. Mr. MENG provided the following information:

a. MENG stated the CNP took his son to the police station and he went to the police station. MENG reported not knowing of JACK SPORICH'S criminal history, and did not respond to the comment that he (JACK SPORICH) was recently arrested because the CNP had evidence that he sexually molested boys that lived with him.

b. MENG stated he knew "JACK" would give money to kids, but did not respond when told his son (JOHN DOE 3) provided statements that "JACK" touched him. Eventually, MENG stated when he was with his son at the police station, his son did not say anything at first because he was afraid of JOHN DOE 2. MENG stated learning at the police station that JOHN DOE 2 and JOHN DOE 1 reported that "Dad" had touched them.

c. MENG stated his son is afraid of JOHN DOE 2 because JOHN DOE 2 allows his son to go to "JACK'S" house. When asked why JOHN DOE 3 would be afraid of JOHN DOE 2, MENG could not

58

provide an explanation.  MENG further stated that he would read articles in the newspaper about sex exploitation of children. MENG stated when his son slept at "JACK'S" house and would come home, that he (MENG) would ask his son if anything had happened with "JACK".  MENG reported his son would say nothing happened, so MENG would believe his son's story.

      d. MENG admitted that he would not allow his son to go back to "JACK'S" house after knowing of "JACK'S" criminal history in the United States.  MENG stated he had allowed his son to go to "JACK'S" house because it would allow him (JOHN DOE 3) to have a better future.

      e. MENG again stated he would talk to his son after he would return from staying at "JACK'S" house.  MENG continued to state that he was upset that "JACK" is in jail.  MENG explained he was upset because the story will spread to the CNP and the CNP will connect the story to his son.

      f. MENG stated it would be okay to re-interview JOHN DOE 3 and that he would tell us if he knew anything.  MENG further stated he is afraid the CNP will take his son to the police station for questioning.  MENG concluded the interview by wishing SA Li and SA Panganiban a clear investigation with clear evidence.

59

## V.   CONCLUSION

24.   Based on the foregoing, there is probable cause to believe that JACK LOUIS SPORICH violated of Title 18, United States Code, Section 2423(c), Engaging in Illicit Sexual Conduct in Foreign Places.

Neil Burdick
Special Agent
United States Immigration and
Customs Enforcement

SUBSCRIBED TO AND SWORN BEFORE ME
THIS _____ DAY OF APRIL 2009

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

60