UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>         Plaintiff, <br><br>    v. <br><br> JACK LOUIS SPORICH, <br>     aka "Dad," <br><br>         Defendant. | CR No. 09-**CR 09 00934** <br><br> <u>I N D I C T M E N T</u> <br><br> [18 U.S.C. §§ 2423(c), 3559(e): Engaging In Illicit Sexual Conduct With A Minor In Foreign Places] |

The Grand Jury charges:

COUNTS ONE THROUGH THREE

[18 U.S.C. § 2423(c)]

Between on or about November 19, 2008, and on or about February 2, 2009, defendant JACK LOUIS SPORICH, also known as "Dad" ("SPORICH"), a citizen of the United States, knowingly traveled in foreign commerce, from Los Angeles County, within the Central District of California, to Cambodia, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with the following boys, each of whom was under 18 years of age at the time that defendant SPORICH engaged

in illicit sexual conduct with them, and on or about August 31, 2009, defendant SPORICH was first brought into the Central District of California from Cambodia.

It is further alleged that defendant SPORICH's travel in foreign commerce, from Los Angeles County to Cambodia, occurred subsequent to defendant SPORICH's conviction for Lewd or Lascivious Acts With a Child Under 14 years of Age, in violation of California Penal Code Section 288(a), on or about September 21, 1987, in the Superior Court of California, County of Ventura, case number CR22776, a sex conviction in which a minor was the victim, and for which defendant SPORICH was sentenced to 18 years imprisonment.

| Count | Victim |
|-------|--------|
| One   | M.T.   |
| Two   | K.T.   |
| Three | T.S.   |

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

*[signature]*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section


PATRICIA A. DONAHUE
Assistant United States Attorney
Violent and Organized Crime Section