UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

Case Number **CR 09 00934**   Defendant Number _____
U.S.A. v. Jack Louis Sporich   Year of Birth 1934
☑ Indictment   ☐ Information   Investigative agency (FBI, DEA, etc.) ICE

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A"

**OFFENSE/VENUE**
a. Offense charged as a:
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense 9/6/08 - 2/19/09
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles     ☐ Ventura
   ☐ Orange          ☐ Santa Barbara
   ☐ Riverside       ☐ San Luis Obispo
   ☐ San Bernardino  ☐ Other _____
Citation of offense _____

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☐ No   ☑ Yes
   IF YES   Case Number 09-864M

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** N/A

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: April 30, 2009
   Case Number 09-864M
   Charging 18 USC 2423(c)

The complaint: ☑ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*          ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*          ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT ?   ☐ Yes     ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*          ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*          ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes           ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☑ Yes   ☐ No
IF YES, list language and/or dialect:
Khmer (native language of Cambodia)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☑ Male
- ☐ Female
- ☑ U.S. Citizen
- ☐ Alien
- Alias Name(s) Dad

~~This defendant is charged in:~~  ☑ ~~All counts~~
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☐ Other: foreign travel and engaging in illicit sexual conduct with children

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is a Fugitive    ☐ Yes   ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☐ Yes   ☐ No

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☑ Federal
b. Name of Institution: MDC
c. If Federal: U.S. Marshal's Registration Number: 33898-112
d. ☑ Solely on this charge. Date and time of arrest: 8/31/09
e. On another conviction:   ☐ Yes   ☑ No
   IF YES   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☑ No
   IF YES   ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date September 14, 2009

_Signature_ of Assistant U.S. Attorney

Patricia Donahue
Print Name