# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| Case No.: | CR 09-934 PSG | Date | October 26, 2009 |
|---|---|---|---|

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge |
|---|---|
| Interpreter: | None |

| Linda Williams | Miriam Baird | Patricia Donahue |
|---|---|---|
| Relief Deputy Clerk | Court Reporter/Recorder, Tape | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jack Louis Sporich | X | X | | Alex Kessel/Tom Melnik | X | | X |

Proceedings:   **STATUS CONFERENCE**

The case is called and counsel are present. The Court and counsel confer regarding status of case. Defense counsel, Alex Kessel, informs the court he has received more than a thousand pages of discovery and requests jury trial be reset to a date in March 2010 and hearings on motions be reset to February 2010. The Government does not oppose resetting dates and states some discovery will need to be translated from the foreign language Khmer, spoken in Cambodia. The Court ordered parties to agree on a briefing schedule and file a Stipulation and Proposed Order regarding excludable time.

**IT IS SO ORDERED**.

cc:   U.S. Probation Office
U.S. Pretrial Services Office
U.S. Marshal's Office
Counsel

| | Time: | 00:05 |
|---|---|---|
| | Initials of Deputy Clerk | ljw for wkh |