```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4    HONORABLE JOHN E. MCDERMOTT, U.S. MAGISTRATE JUDGE

 5                          PRESIDING

 6

 7  UNITED STATES OF AMERICA,      )
                                   )
 8              PLAINTIFF,         )
                                   ) CASE NO. CR-09-00864(M)
 9       VS.                       )         CR-09-00934(PSG)
                                   )
10  JACK LOUIS SPORICH,            )
                                   )      (4:39 P.M.)
11              DEFENDANT.         )
    _____)
12

13

14                    PRE-TRIAL HEARING

15                 LOS ANGELES, CALIFORNIA

16                    SEPTEMBER 1, 2009

17

18

19  DEPUTY CLERK:              SHARON ANTHONY

20  TRANSCRIBED BY:            HUNTINGTON COURT REPORTERS
                               AND TRANSCRIPTION INC.
21                             1450 W. COLORADO BOULEVARD
                               SUITE 100
22                             PASADENA, CA 91105
                               (626) 792-7250
23

24

25  PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
    TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

```
 1   APPEARANCES

 2


 3   FOR PLAINTIFF:

 4           UNITED STATES ATTORNEY
             BY:  PATRICIA A. DONAHUE, AUSA
 5           312 N. SPRING STREET
             LOS ANGELES, CA 90012-4700
 6           (213) 894-2434

 7


 8


 9   FOR DEFENDANT:

10           FEDERAL PUBLIC DEFENDER
             BY:  HUMBERTO DIAZ, DEPUTY PUBLIC DEFENDER
11           321 EAST 2ND STREET
             LOS ANGELES, CA 90012-4206
12           (213) 894-0081

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    LOS ANGELES, CALIFORNIA, TUESDAY, SEPTEMBER 1, 2009

 2

 3              THE CLERK:  CALLING CASE NUMBER 09-864(M) UNITED

 4    STATES OF AMERICA VERSUS JACK LOUIS SPORICH.  COUNSEL,

 5    PLEASE STATE YOUR APPEARANCES.

 6              MS. DONAHUE:  GOOD AFTERNOON, YOUR HONOR.

 7    PATRICIA DONAHUE ON BEHALF OF THE UNITED STATES.

 8              MR. DIAZ:  GOOD AFTERNOON, YOUR HONOR.  HUMBERTO

 9    DIAZ FROM THE FEDERAL PUBLIC DEFENDER'S OFFICE.  YOUR

10    HONOR, A FINANCIAL AFFIDAVIT HAS NOT BEEN SUBMITTED.  I AM

11    REQUESTING AS TO MR. SPORICH'S REQUEST TO APPEAR FOR HIM

12    ONLY FOR -- FOR TODAY.

13              AND LET ME EXPLAIN WHY.  MR. SPORICH TELLS ME

14    THAT HE SHOULD BE ABLE TO HIRE HIS OWN LAWYER AND JUST

15    REQUESTS ADDITIONAL TIME FOR A CONTINUANCE OF THIS

16    HEARING, YOUR HONOR, SO THAT HE CAN ACCOMPLISH THAT.

17              THE COURT:  SO YOU'RE JUST APPEARING SPECIALLY

18    TODAY?

19              MR. DIAZ:  CORRECT; YES.

20              THE COURT:  IS YOUR TRUE NAME JACK LOUIS

21    SPORICH?

22              MR. SPORICH:  YES, SIR.

23              THE COURT:  DID YOU HEAR AND UNDERSTAND YOUR

24    RIGHTS AS I READ THEM EARLIER TODAY?

25              MR. SPORICH:  YES, YOUR HONOR.
```

1         THE COURT:  AS I UNDERSTAND IT FROM YOUR COUNSEL
2    APPEARING SPECIALLY TODAY, YOU'RE GOING TO RETAIN YOUR OWN
3    COUNSEL?
4         MR. SPORICH:  YES -- YES, SIR.
5         THE COURT:  AND HAVE YOU RECEIVED AND READ THE
6    CHARGES AGAINST YOU?
7         MR. SPORICH:  YES, SIR.  YES, I HAVE.
8         THE COURT:  I'M NOT ASKING YOU TO ADMIT OR DENY
9    THE TRUTH OF THE CHARGES, BUT DO YOU UNDERSTAND WHAT THE
10   GOVERNMENT CLAIMS YOU DID?
11        MR. SPORICH:  YES, YOUR HONOR.
12        THE COURT:  DO WE HAVE A PROFFER FROM THE
13   GOVERNMENT?
14        MS. DONAHUE:  YES, YOUR HONOR.  THE GOVERNMENT
15   HAS SUBMITTED A MOTION FOR DETENTION IN THIS CASE.  WE
16   PROFFER THE AFFIDAVIT IN SUPPORT OF THE CRIMINAL
17   COMPLAINT, AND THE REPORT AND RECOMMENDATION OF PRETRIAL
18   SERVICES.
19        MR. DIAZ:  YOUR HONOR WILL BE SUBMITTING AT THAT
20   ISSUE FOR THE TIME BEING, BUT IF MR. SPORICH RETAINS
21   COUNSEL, I BELIEVE THAT PERSON CAN COME -- CAN COME BACK
22   AND MAKE HIS OWN REQUEST, HIS OWN --
23        THE COURT:  I UNDERSTAND, COUNSEL  THE DEFENDANT
24   WILL BE ORDERED DETAINED.  THE PRELIMINARY HEARING IS
25   SEPTEMBER 16TH.  POST-INDICTMENT ARRAIGNMENT, SEPTEMBER

1   21ST.
2           MR. DIAZ:  MAY I HAVE ONE MOMENT, YOUR HONOR?
3           THE COURT:  SURE.
4           MS. DONAHUE:  YOUR HONOR, IF THE DEFENDANT IS
5   DETAINED -- I'M JUST COUNTING -- IS SEPTEMBER 16TH WITHIN
6   THE --
7           THE COURT:  I'VE BEEN ADVISED BY THE CLERK'S
8   OFFICE THAT THAT IS CORRECT.  YOU DON'T -- YOU DON'T COUNT
9   THE WEEKENDS.
10          MS. DONAHUE:  OKAY.  SEPTEMBER 6 --
11          THE COURT:  THERE'S A HOLIDAY IN THERE, TOO.
12          MS. DONAHUE:  YEAH.  SEPTEMBER 16TH IS THE
13  PRELIMINARY HEARING AND SEPTEMBER 21 IS PIA?
14          THE COURT:  YES.  IT BETTER BE RIGHT BECAUSE
15  WE'VE BEEN DOING IT ALL DAY.
16          MS. DONAHUE:  I'M NOT GOING TO -- I'M NOT SURE
17  THAT IT'S RIGHT, YOUR HONOR.  BUT I'LL TAKE THOSE DATES,
18  AND IF WE NEED TO INDICT THIS CASE EARLIER, WE WILL.
19          THE COURT:  DON'T -- DON'T TAKE A CHANCE.
20          MS. DONAHUE:  YEAH.  ALL RIGHT.  THANK YOU, YOUR
21  HONOR.
22          MR. DIAZ:  NOTHING FURTHER, YOUR HONOR.
23          THE COURT:  ANYTHING ELSE, COUNSEL?
24          MS. DONAHUE:  NO, THANK YOU, YOUR HONOR.
25                       -- O0O --

```
 1              TRANSCRIPTIONIST CERTIFICATE
 2
 3         I, SHAUNE M. STEELE, DO HEREBY CERTIFY:
 4         THAT THE FOREGOING AUDIOTAPED PROCEEDING WAS
 5  RECEIVED AND TRANSCRIBED INTO TYPEWRITING UNDER MY
 6  DIRECTION AND SUPERVISION;
 7         AND I HEREBY CERTIFY THAT THE FOREGOING
 8  TRANSCRIPT IS A FULL, TRUE AND CORRECT TRANSCRIPT OF THE
 9  AUDIOTAPED RECORDING GIVEN TO ME.
10         I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR
11  NOR RELATED TO ANY PARTY TO SAID ACTION, NOR ANYWISE
12  INTERESTED IN THE OUTCOME THEREOF.
13         IN WITNESS THEREOF, I HAVE HEREUNTO SUBSCRIBED
14  MY NAME THIS 26TH DAY OF MARCH, 2010.
15
16
17                    __SHAUNE STEELE___        _____
18                    CERTIFIED TRANSCRIPTIONIST
19
20
21
22
23
24
25
```