KIANA SLOAN-HILLIER SBN 209887
1901 AVE OF THE STARS, STE 615
LOS ANGELES, CA 90067
TEL: 310/556-1911 FAX: 310/861-1463
EMAIL:kianahillier@yahoo.com

ATTORNEY FOR JACK SPORICH

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s) v. JACK SPORICH, Defendant(s). | CASE NUMBER 2:09-cr-00934-PSG REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
|---|---|

JACK SPORICH  ☐ Plaintiff  ☒ Defendant  ☐ Other _____
Name of Party

hereby request the Court approve the substitution of KIANA SLOAN-HILLIER
                                                    New Attorney
as attorney of record in place and stead of JOHN FEINER
                                            Present Attorney

Dated  12/30/11                     [signature]
                                    Signature of Party/Authorized Representative of Party

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  1/10/12                      [signature]
                                    Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  1-1-12                       [signature]
                                    Signature of New Attorney
                                    209887
                                    State Bar Number

If party requesting to appear Pro Se:

Dated  _____                       _____
                                    Signature of Requesting Party

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (02/06)                REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY