ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
PATRICIA A. DONAHUE (SBN: 132610)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     United States Courthouse
     312 North Spring Street, 13th floor
     Los Angeles, California 90012
     Telephone:  (213) 894-0640
     Facsimile:   (213) 894-6436
     E-mail:  patricia.donahue@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 09-934-PSG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| JACK LOUIS SPORICH, aka "Dad," | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Jack Louis Sporich, through his counsel of record, Kiana Sloan-Hillier, hereby stipulate to

///

///

///

///

///

continue the sentencing date in the above-captioned case from July 22, 2013, to October 1, 2013, at 9:00 a.m.

DATED: July 3, 2013

                                  /s/

                                  PATRICIA A. DONAHUE
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  United States of America

DATED: July 3, 2013        /s/

                                  KIANA SLOAN HILLIER
                                  Attorney for Defendant
                                  Jack Louis Sporich