```
STEPHANIE YONEKURA                          E-FILED 2/20/15
Acting United States Attorney
ROBERT E. DUGDALE                           Motion #155
Assistant United States Attorney
Chief, Criminal Division
PATRICIA A. DONAHUE (California Bar No. 132610)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     312 North Spring Street, 13th Floor
     Los Angeles, California 90012
     Telephone:    (213) 894-0640
     Facsimile:    (213) 894-6436
     E-mail:   patricia.donahue@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 09-934-PSG |
|---|---|
| Plaintiff, | <u>ORDER GRANTING GOVERNMENT's APPLICATION FOR EXTENSION OF TIME TO FILE REPLY</u> |
| v. | |
| JACK LOUIS SPORICH, aka "Dad," | [PROPOSED] |
| Defendant. | |

　　　　The Court has read and considered the government's <u>ex parte</u> application for an extension of time to file a reply in support of its opposition to the motion to withdraw the guilty plea.

　　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERD that the government's reply shall be filed on or before March 4, 2015.  The

hearing is hereby continued from March 9, 2015 to March 16, 2015 at 9:00 a.m.

| 2/20/15 | PHILIP S. GUTIERREZ |
|---|---|
| DATE | HONORABLE PHILIP S. GUTIERREZ<br>UNITED STATES DISTRICT JUDGE |

Presented by:

  /s/ *Patricia A. Donahue*
PATRICIA A. DONAHUE
Assistant United States Attorney