# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR09-334 PSG | Date | September 11, 2015 |
|---|---|---|---|

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|
| Interpreter | n/a |

| Wendy Hernandez | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JACK SPORICH | not | √ | | | not | | √ |

**Proceedings:   (In Chambers) Order DENYING  Defendant's Motion to Dismiss Indictment for Lack of Subject Matter Jurisdiction (Dkt. #221)**

Having read and considered the Defendant's motion to dismiss indictment for lack of subject matter jurisdiction, the Court DENIES the motion.

Accordingly, the hearing set for September 28, 2015 on the present motion is removed from the Court's calendar.

IT IS SO ORDERED.