UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR09-934 PSG | Date | September 11, 2015 |
|---|---|---|---|

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Interpreter | n/a |
|---|---|

| Wendy Hernandez | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JACK SPORICH | not | √ | | | not | | √ |

**Proceedings:**   (In Chambers) Order SETTING Sentencing Date

 On the Court own motion, the sentencing hearing is set for Monday, September 28, 2015 at 10:00 a.m.

 IT IS SO ORDERED.